IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER, | No. 2:20-CV-2338-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. GATES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Having reviewed Plaintiff's objections to the Court's August 13, 2021, order, see ECF No. 7, the order at ECF No. 6 is vacated as having been issued in error. Plaintiff's objections to Defendants' notice of removal and the sufficiency of Plaintiff's complaint will be addressed separately.

IT IS SO ORDERED.

Dated: September 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1