IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. GATES, et al.,<br><br>　　　　　　Defendants. | No. 2:20-CV-2338-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

This action currently proceeds on Plaintiff's original complaint, filed in state court and removed to this Court. See ECF No. 1, Exhibit A. Following removal, Plaintiff filed a document entitled "Plaintiff Files Missing Documents Not Included in Removal Relevant to Defendants' Requested Screening." ECF No. 3. Plaintiff attaches to this filing documents he states are documents relevant to screening of Plaintiff's complaint, but which Defendants did not include in their notice of removal. See id. at 1. Plaintiff states: "Thus screening must include whether the entire case is removed or if the matter is being split with some defendants in Federal Court with other defendants in State Court." Id. at 2 (emphasis in original).

/ / /

/ / /

1

1 | Plaintiff asks the Court to consider both the original complaint at Exhibit A to
2 | Defendants' notice of removal as well as documents attached to his filing at ECF No. 3.  The
3 | Court cannot refer to multiple documents in order to make Plaintiff's pleading complete.  See
4 | Local Rule 220.  A complaint must be complete in itself.  See id.  Plaintiff will be provided an
5 | opportunity to file a single pleading containing all his claims and attaching all documents he
6 | wishes the Court to consider when evaluating his claims.  Plaintiff is cautioned that, if he fails to
7 | do so within the time provided, the action will proceed on the original complaint without
8 | reference to any of the documents submitted with ECF No. 3.
9 | Accordingly, IT IS HEREBY ORDERED that Plaintiff may file a first amended
10 | complaint within 30 days of the date of this order.

Dated:  January 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE