IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GATES, et al.,<br><br>    Defendants. | No.  2:20-CV-2338-JAM-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 15, for a video hearing on his motion for injunctive relief.  Plaintiff's motion is denied because, under the Court's local rules, all motions in prisoner cases are submitted on the record without oral argument.  <u>See</u> Local Rule 230(l).  Plaintiff's motion for injunctive relief will be addressed by separate findings and recommendations.

      IT IS SO ORDERED.

Dated:  March 8, 2022

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE