IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>Plaintiff,<br><br>v.<br><br>S. GATES, et al.,<br><br>Defendants. | No. 2:20-CV-2338-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' request, ECF No. 19, which is construed as a motion for leave to file a supplemental declaration and exhibits in opposition to Plaintiff's motion for injunctive relief. Good cause appearing therefor based on counsel's declaration regarding the availability of newly discovered evidence which has a bearing on Plaintiff's motion, Defendant's motion for leave to file a supplemental declaration and exhibits is granted. The Court will consider the supplemental declaration and exhibits submitted by Defendants, as well as Plaintiff's response thereto, when it rules of Plaintiff's motion for

/ / /

/ / /

/ / /

/ / /

1

1 injunctive relief, which will be addressed by separate findings and recommendations.

2         IT IS SO ORDERED.

4 Dated:  March 8, 2022

                                              _____
                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE