UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>S. GATES, et al.,<br><br>        Defendants. | No. 2:20-cv-02338-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 25, 34) |

      Plaintiff G. Daniel Walker is a state prisoner proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

      On February 15, 2023, the assigned magistrate judge issued findings and recommendations recommending that the motion for injunctive relief filed by plaintiff on March 17, 2022 (Doc. No. 25) be denied because that motion is duplicative of the motion for injunctive relief that plaintiff previously filed (Doc. No. 9) and that the court denied on January 30, 2023 (Doc. No. 33). (Doc. No. 34.) The undersigned has reviewed the two motions, and notes that they are indeed identical. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 15, 2023 (Doc. No. 34) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 25) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 14, 2023**                    /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE