IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. GATES, et al.,<br><br>    Defendants. | No. 2:20-CV-2338-DAD-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions to opt-out of the Court's Early Alternative Dispute Resolution Program. See ECF Nos. 39 and 40. Given the parties' agreement, the motions will be granted, the stay of proceedings will be lifted, and by separate order the Court will set a schedule for this litigation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' motions to opt out of the Court's Early Alternative Dispute Resolution Program, ECF Nos. 39 and 40, are GRANTED.

2. The stay of proceedings imposed on July 23, 2024, is LIFTED.

Dated: August 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1