**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

G. DANIEL WALKER,

       Plaintiff,

       v.

N. MALAKKA, et al.,

       Defendants.

No.  2:20-CV-2338-DAD-DMC-P

ORDER

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to terminate his deposition.  See ECF No. 45.  Defendants have filed an opposition.  See ECF No. 46.  Plaintiff has filed a reply. See ECF No. 47.

       Pursuant to Federal Rule of Civil Procedure 30(d)(3)(A), a party may move to terminate or limit a deposition on the ground that it is being conducted in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party.  See McGowan v. County of Kern, 2016 WL 7104170, at *4 (E.D. Cal. 2016).  Here, Plaintiff seeks to terminate a properly noticed deposition even before that deposition had begun.  See ECF No. 45.  Thus, Plaintiff is not challenging the manner in which his deposition was being conducted.  As such, relief under Rule 30(b)(3)(A) is not available and Plaintiff's motion will be denied.

/ / /

1

Pursuant to the Court's discovery and scheduling order, discovery in this action is closed. Because Plaintiff did not sit for his previously noticed deposition, the Court will re-open discovery for the limited purpose of allowing Defendants to take Plaintiff's deposition. The Court will also extend the deadline to file dispositive motions.

Accordingly, IT IS HEREBY ORDERED as follows:

1.   Plaintiff's motion to terminate his deposition, ECF No. 45, is denied.

2.   Discovery is re-opened for the limited purpose of allowing Defendants to take Plaintiff's deposition.

3.   Plaintiff shall appear at his properly noticed deposition within 60 days of the date of this order.

4.   Dispositive motions shall be filed within 120 days of the date of this order.

Dated:  January 30, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE