**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. DANIEL WALKER,<br><br>              Plaintiff,<br><br>       v.<br><br>N. MALAKKA, et al.,<br><br>              Defendants. | No.  2:20-CV-2338-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On February 2, 2026, the Court issued an order re-opening discovery and directing Plaintiff to appear at his properly noticed deposition within 60 days.  See ECF No. 48. Dispositive motions were ordered to be filed within 120 days of the date of the order.  See id.  On March 13, 2026, Plaintiff signed and submitted to prison officials for filing a motion to terminate his deposition set to occur that same day.  See ECF No. 49.  Plaintiff's motion was filed on the Court's docket on March 19, 2026.  See id.  Plaintiff then filed, on April 2, 2026, a "Forced Dismissal Without Prejudice."  ECF No. 50.  Defendants have filed a statement of non-opposition to Plaintiff's April 2, 2026, notice.  See ECF No. 51.

/ / /

/ / /

1

At the outset, the Court is not inclined to construe Plaintiff's April 2, 2026, notice as a request for voluntary dismissal because, according to Plaintiff, dismissal is being "forced" by Defendants' conduct and not a dismissal sought of his own volition.

The Court will, however, direct Plaintiff to show cause why this action should not be dismissed as an appropriate sanction for his failure to attend his properly noticed deposition as ordered on February 2, 2026.  According to Defendants, a proper notice of deposition was served on Plaintiff for a deposition to occur on March 13, 2026.  See ECF No. 51.  Plaintiff appeared but refused to answer any questions.  See id.  Absent adequate explanation, Plaintiff is in violation of this Court's prior order and, as such, is subject to appropriate sanctions, including terminating sanctions.  See Fed. R. Civ. P. 37.  Plaintiff will be directed to show cause, which will here constitute an opportunity to explain his refusal to participate in his deposition on March 13, 2026.  Plaintiff is cautioned that failure to file a response to this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Discovery is closed.

2.    The dispositive motion filing deadline is vacated.

3.    Plaintiff's motion to terminate his March 13, 2026, deposition, ECF No. 49, is denied as untimely and moot.

4.    The Court declines to construe Plaintiff's April 2, 2026, filing, ECF No. 50, as a request for voluntary dismissal.

5.    Plaintiff is directed to show cause in writing within 30 days of the date of this order why this action should not be dismissed for failure to comply with the Court's February 2, 2026, order.

/ / /

/ / /

/ / /

/ / /

/ / /

2

6.    Defendants may file a response within 14 days of the date of Plaintiff's filing.

Dated:  June 15, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE